UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

RADEL RAMOS PORTUONDO,

Petitioner,

v. Case No.: 2:26-cv-02367-SPC-KRH

WARDEN OF GLADES COUNTY DETENTION CENTER *et al.*,

Respondents.
_______________________________/

**OPINION AND ORDER**

Before the Court are Radel Ramos Portuondo's Petition for Writ of Habeas Corpus (Doc. 1) and the government's response (Doc. 3).

Ramos Portuondo, a noncitizen in immigration detention, sought habeas relief from this Court in *Ramos Portuondo v. Warden, Glades County Detention Center*, M.D. Fla. Case No. 2:26-cv-2103-SPC-KRH. The Court granted the petition in part and ordered the respondents to either bring Ramos Portuondo before an immigration judge for a bond hearing or release Ramos Portuondo from custody.

On July 16, 2026, an immigration judge found Ramos Portuondo to be a danger to the community and denied release on bond. (Doc. 3-2 at 3). Ramos Portuondo argues the immigration judge failed to properly consider and weigh the evidence and reached an incorrect conclusion. But the proper way to

challenge the result of a bond hearing is appeal to the BIA. This Court does not have jurisdiction to review an immigration judge's discretionary bond decision:

> The Attorney General's discretionary judgment regarding the application of this section shall not be subject to review. No court may set aside any action or decision by the Attorney General under this section regarding the detention of any alien or the revocation or denial of bond or parole.

8 U.S.C. § 1226(e). Accordingly, Ramos Portuondo's Petition for Writ of Habeas Corpus (Doc. 1) is **DENIED**. The Clerk is **DIRECTED** to terminate any pending motions and deadlines, enter judgment, and close this case.

**DONE AND ORDERED** in Fort Myers, Florida on August 31, 2026.

Sheri Polster Chappell
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies: All Parties or Record